UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

RICHARD WYLIE,

   Plaintiff,

v.

MERCANTILE ADJUSTMENT BUREAU, LLC.,

   Defendant.

Civil Action No. 10-CV-00879

---

### NOTICE OF VOLUNTARY DISMISSAL

**PLEASE TAKE NOTICE**, that pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff Richard Wylie, hereby voluntarily dismisses this action against Defendant Mercantile Adjustment Bureau, LLC, with prejudice.

DATED:

_____
Seth Andrews, Esq.
Law Offices of Kenneth Hiller
*Attorneys for Plaintiff*
6000 North Bailey Avenue, Suite 1A
Amherst, New York 14226
Phone:  (716) 564-3288
Facsimile:  (716) 332-1884